UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVONDA PHILLIPS,<br>    Plaintiff,<br>v.<br>GENERAL MOTORS CORPORATION,<br>    Defendant. | Case No. 19-cv-04201-SK<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE** |

On February 24, 2020, the Court scheduled a further case management conference for April 13, 2020. The Court required Plaintiff to file a case management statement by April 6, 2020. On Monday, April 13, 2020, the Court held the further case management conference in this matter, but Plaintiff did not appear. Because of the Covid-19 pandemic, the Court allowed all parties to appear via telephone and provided Plaintiff with specific information about how to participate via telephone.

Additionally, the Court notes that on February 12, 2020, the Unites States Marshal tried, but was unable, to serve Defendant General Motors. (Dkt. No. 22.) There is no record in the docket showing that Plaintiff made any effort to correct the errors noted in the Return of Summons or to otherwise ensure that Defendant General Motors is served. Again, the Court reminds Plaintiff that it is her obligation to ensure that the Defendant is served. Pursuant to Federal Rule of Civil Procedure 4(m), defendants must be served within ninety days of the complaint being filed. The Court may extend that time upon a showing of good cause, and has done so, but Plaintiff must continue to exhibit efforts to serve Defendant General Motors.

Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause by no later than May 8, 2020.

Plaintiff must explain in written response why she did not file a case management statement or appear for the case management conference by telephone and what efforts she has made to serve the Defendant after the summons was returned. Plaintiff is admonished that, if she fails to file a response to this Order to Show Cause by May 8, 2020, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute.

Again, the Court advises Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (http://cand.uscourts.gov/prosehandbook). The Court further advises Plaintiff that she also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at (415) 782-8982 for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: April 14, 2020

_____
SALLIE KIM
United States Magistrate Judge

2