**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LAVONDA PHILLIPS,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GENERAL MOTORS CORPORATION,**<br><br>    Defendants. | Case No.: 19-cv-4201 YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE**<br><br>**DKT. NO. 25** |

On April 14, 2020, Magistrate Judge Kim issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and directed plaintiff to file a written response to the OSC by no later than May 8, 2020.  No response was filed.  Magistrate Judge Kim then issued a Referral for Reassignment and Report and Report and Recommendation to Dismiss Without Prejudice dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  (Dkt. No. 25, "Report".)  The Report, issued May 28, 2020, stated that any party could file written objections to the recommendations within 14 days.

As of the date of this Order, no party has filed any objection thereto.  The Court has reviewed the Report and record in this matter and finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

This terminates Docket No. 25. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Date: August 27, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**